# United States Court of Appeals
## For the First Circuit

Nos. 01-1928
     01-2497

GOYA FOODS, INC.,
Petitioner, Appellee,

v.

WALLACK MANAGEMENT CO. ET AL.,
Respondents, Appellants.

ERRATA SHEET

The opinion of this Court issued on May 17, 2002 is corrected as follows:

On page 9, line 10, replace $4,6000,000 with $4,600,000.